# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| MAX RAY BUTLER<br>B.O.P. # 09954011 | CIVIL ACTION NO. 2:17-CV-394 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CALVIN JOHNSON | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 14] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the absence of objections[1] to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED AND DECREED that the Petitioner's Application for a Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2241 is hereby DENIED and DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 23rd day of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner filed exhibits [Doc. No. 15] in the record, but no objections.